AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAYME ANNE KELLY | ) | Case No. 1:25-cr-198-3 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

REC'D USMS-D/ND
2025 AUG 29 11:28

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAYME ANNE KELLY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Attempted Possession with Intent to Distribute Methamphetamine
Aiding and Abetting
Forefeiture Notice

Date: 08/29/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state: Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8-29-25, and the person was arrested on *(date)* 9-12-25
at *(city and state)* Bismarck, ND.

Date: 9-12-25

[signature]
*Arresting officer's signature*

Kenneth Gordon SDUSM
*Printed name and title*